928

No. 88–531. SOLEM, WARDEN, ET AL. v. VOSBURG. C. A. 8th Cir. Certiorari denied.

No. 88–546. MORDEROSIAN v. OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 88–547. WATTS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 88–551. ANGIULO ET AL. v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 88–562. COLE v. WELLS. C. A. 6th Cir. Certiorari denied.

No. 88–563. KRAMER v. DEPARTMENT OF COMMERCE. C. A. Fed. Cir. Certiorari denied.

No. 88–566. THAME v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 88–574. STRAND v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 88–5005. JAMES v. TANSY, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 88–5022. TURNER v. ARMONTROUT, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 88–5071. HOLZER v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 88–5092. HOFFMAN v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 88–5099. FORD v. SEABOLD, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 88–5143. ROBINSON v. WILLIAMS, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 88–5164. JOHN LEWIS S. v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.